# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ARIAS,<br><br>      Petitioner,<br><br>      v.<br><br>BRIAN KOEHN, Warden,<br><br>      Respondent. | Case No. SA CV 14-1732 MRW<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 2, 2015

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE